# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TOM CAGLE, et al.,<br><br>　　　　　Defendants. | 1:18-cv-01050-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(ECF NO. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

　　　　Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 27, 2018, at the United States District Court for the Southern District of California. (ECF No. 1.) On August 6, 2018, the case was transferred to this court. (ECF No. 3.)

　　　　The Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's Complaint, filed on July 27, 2018, is STRICKEN from the record for lack of signature;

　　　　2.　　The Clerk's Office shall send Plaintiff a form § 1983 complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a First Amended Complaint bearing Plaintiff's original signature; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **August 8, 2018**        **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE