UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOM CAGLE, et al.,<br><br>　　　　　Defendants. | 1:18-cv-01050-DAD-GSA-PC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br>**(ECF No. 16.)**<br><br>**DEADLINE TO FILE OBJECTIONS:**<br>**NOVEMBER 20, 2018** |

Wayne Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2018, Plaintiff filed a motion for extension of time. (ECF No. 16.)

Plaintiff has not specified which deadline he wants the court to extend. However, the only pending court deadline in this case is for Plaintiff to file objections to the findings and recommendations issued by the Magistrate Judge on October 17, 2018. The court finds that Plaintiff has shown good cause for an extension of time to file objections.

Accordingly, good cause having been shown, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, filed on October 17, 2018, is GRANTED; and
2. Plaintiff is granted an extension of time until **November 20, 2018**, in which to file objections to the findings and recommendations issued on October 17, 2018.

IT IS SO ORDERED.

　Dated: __**October 23, 2018**__　　　　　　　_____**/s/ Gary S. Austin**_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE